**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

SCOTT W. WILLIAMS,

                Plaintiff,                   Case No. 2:22-cv-12742

v.

                                    Hon. Brandy R. McMillion

ADDISON COMMUNITY             United States District Judge
SCHOOLS, *et al.*,

                Defendants.

_____/

## OPINION AND ORDER DISMISSING WITHOUT PREJUDICE COUNT V OF THE AMENDED COMPLAINT

Plaintiff Scott Williams ("Williams") brought this action against Defendants Addison Community Schools ("Addison Schools"), Josh Perry ("Perry"), Michael Murphy ("Murphy"), Jennifer Frost ("Frost"), Andrea Woodring ("Woodring"), Kim Ford ("Ford"), and Steve Guerra ("Guerra") (collectively, "Defendants"), pursuant to 42 U.S.C. § 1983 alleging due process violations under the United States and Michigan Constitutions, as well as state constitutional tort claims under the Free Speech and Fair and Just Treatment clauses of the Michigan Constitution, and a *respondeat superior* claim for the state constitutional violations. *See* ECF No. 14.

The parties each filed Motions for Summary Judgment. *See* ECF No. 36, 39. Defendants sought summary judgment as to all claims, while Williams sought summary judgment only as to Count V. *Id.* The Court granted Defendants' Motion

1

(ECF No. 36) but denied Plaintiff's Motion (ECF No. 39).  *See* ECF No. 53.  Plaintiff appealed the Court's decision, but only as to the denial of its Motion on Count V (the constitutional tort claim under the Fair and Just Treatment clause of the Michigan Constitution).  *See* ECF No. 55.

On March 2, 2026, the Sixth Circuit Court of Appeals vacated this Court's grant of summary judgment in favor of Defendants on Count V.  ECF No. 57.  The Sixth Circuit found that it was not a proper exercise of discretion to take on Williams's Michigan Fair and Just Treatment claim and related theory *of respondeat superior* liability under the Court's supplemental jurisdiction.   ECF No. 57, PageID.1690.  The Circuit therefore vacated and remanded this case with instruction to dismiss the Fair and Just Treatment claim without prejudice.

Accordingly, **IT IS HEREBY ORDERED** that Count V of the Amended Complaint (ECF No. 14) is **DISMISSED WITHOUT PREJUDICE**, to be refiled in state court, if Plaintiff so desires.

*This is a final Order that closes the case.*

**IT IS SO ORDERED.**

Dated: March 25, 2026                                   s/Brandy R. McMillion
     Detroit, Michigan                              HON. BRANDY R. MCMILLION
                                              United States District Judge